W. HARDY CALLCOTT (CABN 196373)
hcallcott@sidley.com
SUE WANG (CABN 286247)
sue.wang@sidley.com
WESLEY M. CHAO (CABN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

Attorneys for Plaintiff
IMMIGRANT LEGAL RESOURCE CENTER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendants. | Case Number: 17-cv-06029-DMR<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1 **WHEREAS**, on October 20, 2017, Plaintiff Immigrant Legal Resource Center (ILRC) filed a
2 complaint under the Freedom of Information Act (FOIA), alleging that Defendants Department of
3 Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) failed to comply with
4 their fundamental obligations under FOIA by neither issuing a determination within 30 days of
5 ILRC's June FOIA request nor producing responsive records;

6 **WHEREAS**, on December 13 2017, Defendants produced 232 pages of documents and 10
7 spreadsheets to Plaintiff, with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

8 **WHEREAS**, on September 13, 2018, Defendants produced 569 pages of documents to Plaintiff,
9 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

10 **WHEREAS**, on October 11, 2018, Defendants produced 531 pages of documents to Plaintiff,
11 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

12 **WHEREAS**, on November 16, 2018, Defendants produced 878 pages of documents to Plaintiff,
13 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

14 **WHEREAS**, on December 17, 2018, Defendants produced 852 pages of documents to Plaintiff,
15 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

16 **WHEREAS**, on January 30, 2019, Defendants produced 1,104 pages of documents to Plaintiff,
17 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

18 **WHEREAS**, on February 15, 2019, Defendants produced 1,110 pages of documents to Plaintiff,
19 with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

20 **WHEREAS,** on March 6, 2019, Defendants produced 898 pages of documents to Plaintiff, with
21 portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

22 **WHEREAS,** on April 4, 2019, Defendants produced 874 pages of documents to Plaintiff, with
23 portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

24 **WHEREAS**, on April 12, 2019, an additional 33 pages of documents were produced to the
25 Plaintiff by the United States Marshals;

26 **WHEREAS,** on May 7, 2019, Defendants produced 941 pages of documents to Plaintiff, with
27 portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

28 **WHEREAS,** on May 30, 2019, Defendants produced 425 pages of documents and 12 Excel

spreadsheets to Plaintiff, with portions withheld pursuant to FOIA exemptions (b)(5), (b)(6), and (b)(7);

**WHEREAS,** on October 16, 2019, Plaintiff provided Defendants with a list of issues identified through Plaintiff's review of Defendants' productions, specifically noting three categories—FOIA Request (B)(iv), (C)(iii), and (D)(ii)—for which Plaintiff believed Defendants' production was insufficient;

**WHEREAS,** the issues identified by Plaintiff are specific to certain field offices, jurisdictions, and/or facilities that have been identified by Plaintiff and for which Plaintiff believes that search efforts have not been reasonably calculated to uncover responsive documents;

**WHEREAS,** on November 7, 2019, Plaintiff provided Defendant with a list of contested redactions based on its review of all productions to date;

**WHEREAS,** on November 14, 2019, Defendants provided an informal Vaughn Index in response to Plaintiff's list, explaining said redactions, and Plaintiff has begun reviewing this informal index;

**WHEREAS,** the parties have continued to meet and confer and have been working cooperatively to narrow or resolve these issues, but require more time to continue to work toward a final resolution of the remaining issues;

**WHEREAS,** the parties agree that Plaintiff has reserved its right to challenge Defendants' asserted exemptions in this litigation;

**WHEREAS**, a Case Management Conference is currently set for 1:30 p.m. on March 4, 2020;

**WHEREAS**, the parties agree that continuing the current date for the Case Management Conference and associated deadlines to allow the parties to continue their settlement discussions will serve judicial economy and conserve resources;

**WHEREAS**, a [Proposed] Order is filed concurrently herewith;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the parties, and the Court's approval as to the following is hereby requested that: the March 4, 2020, Case Management Conference be continued to May 6, 2020, or as soon thereafter as the Court's calendar will permit.

Dated: February 26, 2020    /s/    *W. Hardy Callcott*
Counsel for Plaintiff

Dated: February 26, 2020    /s/    *Emmet P. Ong*
Assistant United States Attorney
Counsel for Defendants

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Emmet P. Ong, counsel for Defendants, regarding this filing. Mr. Ong has represented that he concurs in the filing of this document and that I am authorized to file it on his behalf.

Dated: February 26, 2020    /s/    *W. Hardy Callcott*
W. Hardy Callcott
Counsel for Plaintiff

**[PROPOSED] ORDER**

Having duly considered the Stipulation to Continue Case Management Conference filed by the parties in this action on February 26, 2020, (the "Stipulation") and good cause showing:

**IT IS HEREBY ORDERED** that for the reasons set forth in the Stipulation the March 4, 2020 Case Management Conference be continued to May 6, 2020, or as soon thereafter as the Court's calendar will permit.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT COURT OF CALIFORNIA