W. HARDY CALLCOTT (CABN 196373)
hcallcott@sidley.com
SUE WANG (CABN 286247)
sue.wang@sidley.com
WESLEY M. CHAO (CABN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
IMMIGRANT LEGAL RESOURCE CENTER

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-mail: emmet.ong@usdoj.gov

Attorneys for Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY and
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | Case Number: 17-cv-06029-DMR <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Immigrant Legal Resource Center and Defendants Department of Homeland Security and Immigration and Customs Enforcement jointly stipulate that this action and all claims asserted against Defendants are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.  This stipulation applies to FOIA request number 2017-ICFO-34743

IT IS SO STIPULATED.

Dated: July 13, 2022            /s/  W. Hardy Callcott
                                Counsel for Plaintiff

Dated: July 13, 2022            /s/  Emmet P. Ong
                                Assistant United States Attorney
                                Counsel for Defendants

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Emmet Ong, counsel for Defendants, regarding this filing. Mr. Ong has represented that he concurs in the filing of this document and that I am authorized to file it on his behalf.

Dated: July 13, 2022             /s/  W. Hardy Callcott
                                 W. Hardy Callcott
                                 Counsel for Plaintiff